| | | | |
|---|---|---|---|
| DEFT: | Mark Anthony Johnson (J)# | CASE NO: | 00-4198-BSS |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | DEA | VIOL: | PWID marijuana |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: CJA - Richard Docobo

____ BOND SET @ _____

CO-SIGNATURES: _____

FILED by ___ D.C.
AUG 10 2000
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A - advised of charge
A - sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 8-15-00 | 11:00am | Snow |
| PRELIM/ARRAIGN. or REMOVAL: | 8-18-00 | 9:30am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 8-10-00      TIME: 11:00am      TAPE # 00-066   PG # 9
1651-3090

9/14