FILED by _____ D.C.
AUG 1 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR 00-4198-BSS
  Plaintiff )
  ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
  )
Mark Anthony Johnson ) 55422-004
  Defendant   USMS Prisoner No:

***

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court    FT. PIERCE
    (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

***

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-9-00    8:10 PM    am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Conspiracy To Import Marijuana

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 01-17-65

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-10-00    (9) Arresting Officer: Flowers

(10) Agency: DEA    (11) Phone: 954 489 1767

(12) Comments: _____