## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MARK ANTHONY JOHNSON (J) #55422-004    CASE NO: 00-6230-CR-DIMITROULEAS

AUSA: BERTHA MITRANI /Powell    ATTY: RICHARD DOCOBO, ESQ.

AGENT:    VIOL: Erwin Lichter

PROCEEDING: ARRAIGNMENT    RECOMMENDED BOND: stood in

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

FILED by ____ D.C.
AUG 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-8 | 11 | BSS | |

DATE: 8-18-00    TIME: 9:30 AM.    FTL/LSS TAPE # 00 - 044    Begin: 245    End: 345

