UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

MARK ANTHONY JOHNSON

*FILED by D.C. AUG 1 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____RICHARD DOCOBO, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __18TH__ day of __AUGUST_____, 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By: _Benny Butler_____
                                    Deputy Clerk

                                Tape No. ____00- 044____

cc: Copy for Judge
    U. S. Attorney

