| | | | |
|---|---|---|---|
| DEFT: | Mark Anthony Johnson (no deft) | CASE NO: | 00-6230-CR-Dimitrouleas |
| AUSA: | Bertha Mitrani /Caldfeld/ | ATTNY: | Richard Docobo |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD — yes/no     COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x/s a week/month in person.
5) Random urine testing by Pretrial Services ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Discovery out
Not ready — no motions
2-3 days to try
Copies of discovery need
to be made
A-Counsel to file mot.
to continue + mot
to suppress

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-8-00    TIME: 11:00am    TAPE # 00-072    PG # 5

500-679