# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

CASE NUMBER: 00-6230-CRWPD   DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Wilson, Williams, Nesbeth, Warren, Granston

U.S. ATTORNEY: Bertha Mitrani   DEFT. COUNSEL: Lichter, Rosen, Diamond, Johnson, Roth, Thornton, DoCobo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts Aldin Wilson & Thaddeus Warren to enter guilty plea this morning

Defts' Essma Williams, David Nesbeth, Clifford Granston & Marc Anthony Johnsons' motion to Continue are Granted. Court Resets trial date and finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 11/24/00   TIME: 9:00   FOR: Cal. Call

MISC: 11/27/00   9:00   trial period.

