UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC ANTHONY JOHNSON,

    Defendant.

                                       /

FILED by ___ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 21, 2000 Motion For Continuance [DE-92], and the Court noting that the Defendant has failed to comply with Local Rule 7.1A2 in that a proposed order was not supplied, nevertheless, the Motion for Continuance is GRANTED. The trial is reset for November 27, 2000 at 9:00 A.M., with a Calendar Call on November 24, 2000 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bertha Mitrani, AUSA

Richard Docobo, Esquire
1101 Brickell Avenue, #1801
Miami, FL 33131

