**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



UNITED STATES OF AMERICA,

    *Plaintiff,*                            CASE NO.: 00-6230-CR-DIMITROULEAS

vs.

MARK ANTHONY JOHNSON,

    *Defendant.*
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, MARK ANTHONY JOHNSON, by and through the undersigned attorney, and respectfully moves for a continuance of the trial presently set for Monday, November 27, 2000 at 9:00 a.m..

AS GROUNDS for this motion, the defendant states as follows:

1. The undersigned is presently in trial, in a multi-defendant RICO case, specially assigned before the Honorable Leonard E. Glick, in the matter of <u>State of Florida v. Ernest McKay,</u> case no.: F97-33314(J).

2. The aforementioned RICO trial is projected to last for approximately two and a half (2½) more months.

3. The defendant's motion is made in good faith and not for purposes of unnecessary delay.

4. Undersigned counsel was unable to reach Assistant United States Attorney Kathleen Rice to lend her position in this motion.

WHEREFORE, the defendant respectfully asks this Honorable Court to GRANT the foregoing motion and reset the presently scheduled trial to a future date.



NON-COMPLIANCE OF S.D. Fla. L.R. 7.1.P. 5LB

United States of America v. Marc Anthony Johnson
Case No.: 00-6230-CR-DIMITROULEAS

Respectfully submitted,
**RICHARD DOCOBO**
1101 Brickell Ave., Suite 1801
Miami, Florida 33131
Tel.: (305) 358-3008
Fax: (305) 579-2080

RICHARD DOCOBO
Florida Bar No.: 357421

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished via U.S. Mail to Kathleen Rice, A.U.S.A., Office of the United States Attorney, 500 East Broward Blvd., Ft. Lauderdale, Florida 33394, Irwin Lichter, Esquire, 321 N.E. 26th Street, Miami, Florida 33137, Martin L. Roth, Esquire, 1001 Brickell Bay Drive, Suite 1704, Miami, Florida 33131, Stephen H. Rosen, Esquire, 999 Ponce De Leon Blvd., Suite 550, Coral Gables, Florida 33134, Junior Farquharson, Esquire, 5546 West Oakland Park Blvd., Suite 220, Ft. Lauderdale, Florida 33313 and Nathan Diamond, Esquire, 1221 Brickell Avenue, Tenth Floor, Miami, Florida 33131 on this 6th day of November 2000.

RICHARD DOCOBO