UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

MARK ANTHONY JOHNSON

    Defendant.

_____/

FILED by _____ D.C.

FILED by _____ D.C.
NOV 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

C.... U.S. .. ..
S.D. OF FLA. F.. LAUD.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's November 8, 2000 Motion

For Continuance, and the Court noting that no proposed order, as required by Local Rule 7.1A2

was provided, it is

ORDERED AND ADJUDGED that the Defendant's Motion is hereby DENIED without

prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of

November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard Docobo, Esquire
1101 Brickell Avenue, #1801
Miami, FL 33131

Kathleen Rice, AUSA

