**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD     DATE: November 24, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Marc Anthony Johnson

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gvt agrees to dismiss Counts 2-4 @ time of sentencing.

CASE CONTINUED TO: 2/2/01     TIME: 11:00     FOR: Sentencing
MISC: Written plea agreement filed

115/89