**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,    CASE NO.: 00-6230-CR-DIMITROULEAS

*Plaintiff,*

v.

MARK ANTHONY JOHNSON,

*Defendant.*
_____/

## OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the defendant, MARK ANTHONY JOHNSON, by and through his undersigned attorney and respectfully files the following objections to the Presentence Investigation Report.

Johnson is responsible for only 1,200 pounds of marijuana. Accordingly, his base offense level should be a 28 as opposed to the level 30 assigned by the Presentence Investigation Report. Additionally, the defendant should clearly receive a minor role adjustment of 2 points.

Accordingly, the defendant's total offense level should be a 23 as opposed to the current 27.

Respectfully submitted,

RICHARD DOCOBO
1571 Northwest 13th Court
Miami, Florida 33125
Tel.:(305) 326-0330
Fax: (305) 326-0219

RICHARD DOCOBO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished via U.S. Mail to Berta Mitrani, A.U.S.A., Office of the United States Attorney, 500 East Broward Blvd., Ft. Lauderdale, Florida 33394, U.S. Probation Office, 299 E. Broward Blvd., Suite, Ft. Lauderdale, Florida 33301 on this 29th day of January 2001.

RICHARD DOCOBO