## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS


FILED by _____ D.C.
FEB 02 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6230-CR-WPD     DATE: February 2, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.  Marc Anthony Johnson

U.S. ATTORNEY: Benira Mitrani     DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
57 months BOP, 5 years supervised
release, no fine, $100.00 Assessment.

Court recommends that deft receive
drug treatment while on prison.

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: Deft Informed of Right to Appeal.