USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **JOHNSON, MARC ANTHONY**
CASE NUMBER: **0:00-06230-CR-006-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 57 Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** that defendant receive drug treatment while in prison.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At      A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _02-22-2001_ To _Federal Detention Center Miami OFl_

at _33 NE 4 St. Miami, Fl_ with a certified copy of this judgment.

                           Monica S. Wetzel, Warden
                           ~~UNITED STATES MARSHAL~~

                           By_ Ariel O. Guerrero, L.I.E.
                           ~~Deputy U.S. Marshal~~

